PAUL F. DeMEESTER (CA SBN 148578)
Attorney at Law
1766A – 18th Street
San Francisco, California 94107
415.305.7280; 415.861.2695 (fax)
E-mail: paulfdemeester@msn.com

Attorney for Defendant DAMION SLEUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-0168-YGR-2 |
| Plaintiff, | **Defendant Sleugh's Reflections on Controversy re Stochastic Effects in DNA Analysis** |
| vs. | |
| DAMION SLEUGH, | Jury Trial: June 29, 2015 @ 8 a.m. |
| Defendant. | Hon. Yvonne Gonzalez Rogers, Judge |
| _____/ | |

*Introduction*

Defendant DAMION SLEUGH moved *in limine* to exclude any DNA Low Copy Number (LCN) testing results regarding the plastic bag containing marijuana that was recovered from the incident scene underneath the left leg of the decedent.  Dkt. # 87.  The Court denied the motion, citing specifically the government's "assurances that its serologist had not observed any stochastic effects."  Dkt. # 112, *Pretrial Order No. 2 Re: Motions In Limine*, at 4.  The Court ordered the government's serologist Amy Lee "to

submit a declaration within three (3) days of the date of this Order confirming this government's representation regarding the absence of any stochastic effects reflected in the data and observations underlying her report." *Ibid.*

On June 24, 2015, the government informed Court and counsel that Ms. Lee could not sign the declaration the Court wished to see. The e-mail read in pertinent part:

> *The court ordered us to file a declaration from Amy Lee regarding some DNA testing she performed in this case. It does not appear that Ms. Lee is able to sign the declaration the Court ordered. By email dated before the motion hearing, Ms. Lee advised me there were no apparent stochastic effects in the testing she performed, and I represented the same to the Court. Ms. Lee has since gone back and determined that she cannot say for sure whether there are such effects. I understand today we filed a declaration signed by Ms. Lee that outlines her understanding of the data. Since Ms. Lee's understanding has changed, I am no longer sure we can or should present the evidence at all.*

E-mail from AUSA to Court and counsel, dated June 24, 2015 @ 6:19 p.m.

Ms. Lee's declaration was filed on June 24, 2015. It read in pertinent part:

> *Part of my analysis of the data requires me to look for possible stochastic effects, which is defined as "the observation of intra-locus peak imbalance and/or allele drop-out resulting from random, disproportionate amplification of alleles in low-quantity template" per the current Scientific Working Group on DNA Analysis Methods (SWGDAM) Guidelines. These effects are present in most, if not all, samples which contain low level amounts of DNA. <u>In this case, with respect to the low level DNA obtained from the plastic bag, stochastic effects such as peak height imbalance and allelic drop-out were observed</u>. However, there was nothing in the data that I recognized definitively as artifacts such as stutter and pull-up that should have been eliminated from my analysis.*

Dkt. # 120, *Declaration of Amy Lee*, at 2 (underscoring added for emphasis).

**Request for Discovery of Amy Lee E-mails**

The undersigned defense counsel appreciates government counsel's openness in sharing this issue with Court and counsel and I have no doubt that government counsel

accurately represented the state of affairs as known and understood by counsel at the time of the hearing on June 12, 2015.

But in order to ascertain Ms. Lee's position, it is incumbent for Court and counsel to know any and all statements she made on the issue of stochastic effects.  Hence, the defense requests that these e-mails, including the one referenced in the government's June 24 e-mail, be shared with Court and counsel.

### *The Analysis of the Bag Is A Primer in Stochastic Effects*

Page 6 is the *Table of Results* tabulated by Ms. Amy Lee after her completion of the DNA analysis.  Of particular import to this discussion is item 8, the reference sample of Mr. Damion Sleugh and item 3, the bag (1B17) containing marijuana found under the deceased's left leg at the incident site.  Mr. Sleugh's genetic profile is reflected for 15 genetic loci and Amelogenin (which determines gender).

Pages 7-8 are the electropherogram (a plot of results from an analysis done by capillary electrophoresis) for the DNA analysis of the bag.  Ms. Lee's analytical results for each locus and Amelogenin are handwritten near the observed peaks for ease of reference.

The SERI protocol sets the Match Interpretation Threshold (MIT) for Identifiler Plus - used in this case - at 150 RFU (Relative Fluorescent Units).  (See p. 9).  The Match Interpretation Threshold is also known as the Stochastic Threshold (ST).

Pages 10-11 examine Ms. Lee's analytical results for potential stochastic effects. The approximate position of the stochastic threshold is indicated by a *red line* labeled *ST*. Note that out of the 24 alleles in Mr. Sleugh's DNA profile only the 15 and 18 alleles at

---

the D3S1358 locus, the 8 allele at the TH01 locus, the 12 allele at the D16S539 locus, the 13 allele at the D19S433 locus, the 15 allele at the vWA locus and the 12 allele at the D5S818 locus are present above the stochastic threshold.

Any peak below 150 RFU (below the red line) could be impacted by stochastic effects. Any peak below the stochastic threshold is circled in red. (See pp. 10-11). Any peak potentially attributable to Mr. Sleugh has been identified with an asterisk (*) and yellow highlight. Seven peaks potentially attributable to Mr. Sleugh that are below the stochastic threshold are indicated as circled with an asterisk.

If Mr. Sleugh was a true contributor to this sample, then many of his peaks would have had to have dropped out. Those peaks are identified with the designation *DO?* (for possible drop-out). To include Mr. Sleugh as a possible contributor to the DNA on the bag, which is what Ms. Lee did, requires the assumption that ten peaks (two of which at the locus CSF1PO, which assumedly dropped out altogether) representing alleles dropped out. That's a lot of drop-out.

### *Pull-up Cited by Ms. Lee is not due to a Stochastic Effect*

In her June 24, 2015 declaration, Ms. Lee concedes observing stochastic effects in reference to her analysis of the plastic bag but adds that she did not recognize artifacts such as stutter and pull-up. Dkt. # 120, *Declaration of Amy Lee*, at 2. As explained by National Institute of Standards and Technology scientist John M. Butler, "pull up" is a matrix failure that is the

> ... result of the inability of the detection instrument to properly resolve the dye colors used to label STR amplicons. This phenomenon is due to spectral overlap. A peak of another color is 'pulled-up' or bleeds through' (see Figure 15.4) as a

*result of exceeding the linear range of detection for the instrument (i.e, sample overloading). A matrix failure is observed as a peak-beneath-a-peak or as an elevation of the baselines for any color. Matrix standards may need to be rerun with the latest set of conditions and a new matrix generated by the software to correct the problem.*

John M. Butler, *Forensic DNA Typing* (2d ed. 2005), at 383-386 (see pp. 14-15 below).

In other words, a pull-up artifact is not due to a stochastic effect. It is the result of overloading of a sample, the opposite of not having enough sample. It is possible to correct for pull-up by rerunning the analysis using a new matrix. Low copy number issues, however, cannot be remedied in a reliable way.

*Conclusion*

As demonstrated, to include Mr. Sleugh as a contributor to the sample necessarily renders that all 15 Identifiler Plus loci are potentially impacted by stochastic effects either due to the observation of peaks below the stochastic threshold or the need to assume drop-out.

DATED: June 29, 2015.

                                                      Respectfully submitted,

                                                      _____/s/_____
                                                      PAUL F. DeMEESTER
                                                      Attorney for Mr. Sleugh

Russell Nimmo
SERI Case No. M'9753'14
June 5, 2014
Page 3 of 6

## TABLE OF RESULTS

| ITEM | DESCRIPTION | D8S1179 | D21S11 | D7S820 | CSF1PO | D3S1358 | THO1 | D13S317 | D16S539 | D2S1338 | D19S433 | vWA | TPOX | D18S51 | AMEL | D5S818 | FGA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Reference: Vincent Muzac | 13,14 | 28,30 | 10 | 10,11 | 14,17 | 9.3 | 8,12 | 11,12 | 17,23 | 15,16 | 17,18 | 8,10 | 16 | X,Y | 12,13 | 22 |
| 8 | Reference: Damion Sleugh | 14,16 | 28,29 | 12 | 10,11 | 15,18 | 8,9 | 12 | 12 | 21 | 13 | 15 | 6,11 | 16,19 | X,Y | 10,12 | 23,25 |
|  | Reference Extraction Blank | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 1-1 | Grey Cap (1B15) | 13,14 (10,12) [11] | 28,30 [29,31.2] | 10 | 10,11 | 14,17 (15,16) [18] | 9.3(6) [7] | 8,12(11) | 11>12 | 17,23 [22] | 15,16 (13,14) | 17,18 [15] | 8,10 | 16[12] | X,Y | 12>13 | 22 |
| 2-1 | Black Shirt-Rt (1B15) | 13,14> 10(11) [12,15, 16] | 28(30) [31.2, 32.2] | 10>11 | [10,11] | 14,17 (15,16) | 9.3(6,7) [8,9] | 8>12(11) | 11>9,12, 13 | 23>17 [19,20, 22] | 13,14,15, 16 [14,2] | 17>18 [14,15, 16] | 10>8 [9,11] | 16[17] | X(Y) | 12,13> 11[10] | 22 [21,24] |
| 2-2 | Black Shirt-Lt (1B15) | 13,14 [10,11, 12] | 28,30 | 10 | 11[10] | 14>17 (16) [15,18] | 9.3(7) [6] | 8,12 [10,14] | 11,12 [9,10] | 17[23] | 16>15 (14,16.2) [13] | 17>18 [16,19, 20] | 8,10 | 16[12] | X>Y | 12,13 [11] | 22[23] |
| 2-3 | Black Shirt-Ft (1B15) | 13>14 (10,11, 15)[12, 16] | 30 (28,31.2) [29] | 10>11 |  | 14, 17>16 [15][18] | 9.3(6,7) [8,9] | 12(8,11) [14] | 11,12>9, 13 [10] | 17 (20,23) | 13,15> 14,16 [14,2, 15,2, 16,2] | 17>18 (14) [15,16, 19,20] | 8,10 [9] | 16 [12,13, 15,17] | X(Y) | 13>12 (11) | 22 [23,26] |
| 2-4 | Black Shirt-Back (1B15) | 11,13 (12,14) [10,15] | 30,31.2 [28] | 10,11 | 11 | 14,17 (15,16, 18) | 9.3[7,9] | 11,14 (12)[13] | 11,13 (12) [9,10] | 17[19] | 13,14 (15) [16,16.2] | 17>20 [14,18, 19] | 10 (8,11) [12] | 12(16) [15,17] | X>Y | 13 (11,12) | 23>26 [22,24, 25] |
| 3 | Bag (1B17) | 11,13 [14] | [29] | [10,11] | INC | 14>15 (16,17, 18) | 8,9.3[9] | 11 [12,14] | 12[11] | [17] | 13 [12,14, 15,15.2, 16] | 15 [16,17, 19,20] | 8,10 [11] | [16] | X,Y | 12,13 [9,11] | [23] |
| 4-1 | Fingernails (1B14) | 13,14 | 28,30 | 10 | 10<11 | 14,17 | 9.3 | 8>12 | 11>12 | 17,23 | 15,16 | 17,18 | 8,10 | 16 | X>Y | 12,13 | 22 |
| 4-2 | Fingernails (1B14) | 13>14 [10] | 28[30] | [10] | [10,11] | 14,17 | 9.3[6] | 8 [9,12,15] | 11,12 | [17] | 15,16> 13,14 [12] | 17<18 | 8>10 [9,11] | [16] | X,Y | 12,13 [11] | 22 |
| 5-1 | Jeans (1B16) | 13,14> 11[10] | 28<30 [31.2] | 10[11] | 11 [10,12] | 14,17 (15,16) | 9.3 [6,7,9] | 8,12>11, 14[9,10] | 11>12 (13) | 17[23] | 15,16> 13,14 [12] | 17>18 (20) | 10>8 [11] | 16[12] | X,Y | 12,13 [11] | 22 [23,26] |
| 6-1 | Belt (1B16) | 13,14 | INC | [10] | [10] | 14,17> 16[15, 18,20] | 7,9.3 [6,9] | 8 | [11] | [23,24] | 14[12, 13,15, 16,16.2] | [14,17, 18] | 8[10] | [12,16] | X>Y | 13 [11,12] | [22,26] |
|  | Extraction Blank | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

Key:
NA = No activity.
( ) = Weak results for types in parenthesis.
> = Greater than.
< = Less than.
X,Y = Male DNA.
[ ] = Alleles in brackets are between 50 and 149 RFU. Because of the low activity of these alleles, it may not be possible to determine all of the genotypes at this locus.

000006



IDP443-M975314 ASL

GeneMapper ID v3.2.1





Tue May 27, 2014 11:36AM, PDT    Printed by: seri    Page 1 of 2

Second Reader _____    _____    Tech Review _____ Date JUN 0 5 2014



|  | METHODS MANUAL | Revision No.: MM XIII-D | Revision No.: 3 | Effective Date 01/22/13 | Page 15 of 16 |
|---|---|---|---|---|---|

injection time or input DNA may be beneficial. Similarly when using Identifiler Plus the amount of input DNA should fall between a range of 0.25 and 0.5ng (10 ul volume)

### 6.6.2 Weak Samples

When the total number of allele copies added to the PCR is extremely low, e.g., less than 35 pg, unbalanced amplification of the two alleles of a heterozygous individual may occur. This is due to stochastic fluctuation in the ratio of the two different alleles. The PCR cycle number and amplification conditions have been specified to produce peak heights of less than 150 RFU for a sample containing 35 pg human genomic DNA (corresponding to ten total allele copies).

If peaks are below 150 RFU, they will not be recognized if analyzed at 150 RFU. To obtain higher peaks, samples can be reinjected using increased PCR product and/or injection times. Alternatively, determine the height of the lowest obvious peak and reanalyze at a lower RFU but not below 50 RFU. (Peak heights <150 RFU should be interpreted with caution).

When using the Minifiler kit a sample with <150 pg of DNA should always be analyzed at 50RFU and interpreted with caution due to the possibility of drop out and stochastic effects.

The Peak Amplified Threshold (PAT) has been set for Profiler Plus, CoFiler, Identifiler, Identifiler Plus and Minifiler at 50 RFU. The Match Interpretation Threshold (MIT) has been set at 150 RFU for Profiler Plus, CoFiler, Identifiler and Identifiler Plus. For Minifiler the MIT is set at 250 RFU.

For statistical analysis of minifiler loci the '2p conservative rule' should be applied to alleles below 250 RFU.

### 6.6.3 Degraded samples

Care should be taken in the interpretation of degraded samples. If it is determined that the sample is a single source sample (e.g., reference) and it is apparent that there are two peaks at a given locus, but one peak falls below the threshold (e.g., 150 RFU), then the full type can be called.

### 6.6.4 Concordance

If Profiler Plus and Cofiler are analyzed on the same samples, use the best quality results for reporting purposes. It is recognized that one kit may be more sensitive at some loci than the other kit.

| Supersedes Doc No.: MM XIII-D | Rev No.: 2 | Written by: Adam Bredt | Revised by: Adam Bredt | Approved by: *Thomas Fedor* | Date Approved: 01/22/13 |
|---|---|---|---|---|---|

000009

**AB Applied Biosystems**
GeneMapper ID v3.2.1
IDP443-M975314 ASL

| Sample File | Sample Name | OS | SQ |
|---|---|---|---|
| D57135, 3, BAG (1B17).fsa | D57135, 3, BAG (1B17), 10SEC, 50RFU, AMP 6534 | ■ | ■ |

Panel 1 — Loci: D8S1179, D21S11, D7S820, CSF1PO

- D8S1179: 11, 13 [14] — 11/188/135.49; 14/70/148.73 (circled *); 13/174/144.30 — "16 DO?"
- D21S11: [29] — 29/58/204.29 (circled *) — "28 DO?"
- D7S820: [10, 11] — 10/60/271.44 (circled); 11/55/275.39 (circled) — "12 DO?"
- CSF1PO: INC — "LOCUS DROPOUT" — "10 DO? 11 DO?"

ST (red threshold line)

| Sample File | Sample Name | | |
|---|---|---|---|
| D57135, 3, BAG (1B17).fsa | D57135, 3, BAG (1B17), 10SEC, 50RFU, AMP 6534 | ■ | ■ |

Panel 2 — Loci: D3S1358, TH01, D13S317, D16S539, D2S1338

- D3S1358: 14 > 15 (16, 17, 18) — 14/471/119.87; 18/184/136.30 (*) 39%; 15/237/123.80 (*) 50%; 16/161/127.99 34%; 17/164/132.12 35%
- TH01: 8, 9.3 [9] — 8/426/179.07 (*); 9/147/183.06 (*); 9.3/587/186.10
- D13S317: 11 [12, 14] — 11/158/228.95; 12/104/232.99 (*, circled); 14/120/240.87 (circled)
- D16S539: 12 [11] — 11/107/276.53 (circled); 12/251/280.50 (*)
- D2S1338: [17] — 17/105/314.87 (circled) — "21 DO?"

ST (red threshold line)

Tue May 27, 2014 11:36AM, PDT     Printed by: seri     Page 1 of 2

Second Reader ____   A   Tech Review ____   Date JUN 0 5 2014

**Applied Biosystems** — IDP443-M975314 ASL
GeneMapper ID v3.2.1

| Sample File | Sample Name | OS | SQ |
|---|---|---|---|
| D57135, 3, BAG (1B17).fsa | D57135, 3, BAG (1B17), 10SEC, 50RFU, AMP 6534 | | |

Panel 1: D19S433 | vWA | TPOX | D18S51

Annotations:
- D19S433: 13 [12, 14, 15, 15.2, 16]
- vWA: 15 [16, 17, 19, 20]
- TPOX: 8, 10 [11]
- D18S51: [16]
- ST (threshold line)

Peaks:
- 12 / 58 / 113.46
- 15.2 / 145 / 127.20
- 13* / 416 / 117.31
- 14 / 115 / 121.21
- 15 / 99 / 125.26
- 16 / 113 / 129.25
- 15* / 336 / 170.85
- 19 / 60 / 186.57
- 16 / 84 / 174.84
- 20 / 117 / 190.66
- 17 / 53 / 178.84
- 8 / 153 / 229.93
- 10 / 170 / 237.91
- 11* / 92 / 241.99
- 16* / 88 / 298.83

Handwritten notes: "19 DO?", "6 DO?"

| Sample File | Sample Name | OS | SQ |
|---|---|---|---|
| D57135, 3, BAG (1B17).fsa | D57135, 3, BAG (1B17), 10SEC, 50RFU, AMP 6534 | | |

Panel 2: D5S818 | FGA

Annotations:
- D5S818: 12, 13 [9, 11]
- FGA: [23]
- ST (threshold line)

Peaks:
- X / 293 / 106.72
- Y / 323 / 112.36
- 9 / 50 / 142.53
- 11 / 74 / 151.48
- 12* / 172 / 155.64
- 13 / 186 / 159.76
- 23* / 115 / 239.02

Handwritten notes: "10 DO?", "25 DO?"

Tue May 27, 2014 11:36AM, PDT — Printed by: seri — Page 2 of 2

Second Reader _AN_   Tech Review _AN_   Date JUN 0 5 2014

000011

# FORENSIC DNA TYPING

**BIOLOGY, TECHNOLOGY, AND GENETICS OF STR MARKERS**

Second edition

John M. Butler



ELSEVIER
ACADEMIC
PRESS

Amsterdam   Boston   Heidelberg   London   New York   Oxford
Paris   San Diego   San Francisco   Singapore   Sydney   Tokyo

This book is printed on acid-free paper

Copyright © 2005, Elsevier. All rights reserved

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the publisher

Permissions may be sought directly from Elsevier's Science & Technology Rights Department in Oxford, UK: phone: (+44) 1865 843830, fax: (+44) 1865 853333, e-mail: permissions@elsevier.co.uk. You may also complete your request on-line via the Elsevier homepage (http://www.elsevier.com), by selecting 'Customer Support' and then 'Obtaining Permissions'

Elsevier Academic Press
30 Corporate Drive, Suite 400, Burlington, MA 01803, USA
http://www.elsevier.com

Elsevier Academic Press
84 Theobald's Road, London WC1X 8RR, UK
http://www.elsevier.com

Library of Congress Catalog Number: 2004114214

British Library Cataloguing in Publication Data
A catalogue record for this book is available from the British Library

ISBN-13: 978-0-12-147952-7
ISBN-10: 0-12-147952-8

Acquisitions Editor: *Mark Listewnik*
Associate Acquisitions Editor: *Jennifer Soucy*
Developmental Editor: *Pamela Chester*
Marketing Manager: *Christian Nolin*
Cover Designer: *Eric DeCicco*

08  09  8  7  6  5

**Working together to grow libraries in developing countries**

www.elsevier.com | www.bookaid.org | www.sabre.org

ELSEVIER    BOOK AID International    Sabre Foundation

sometimes referred to as +/−A, or N and N + 1 peaks, and the allele of interest will be represented by two peaks one base pair apart. Genotyping software may inadvertently call one of these peaks an 'off-ladder' (microvariant) allele.

*Tri-allelic (three banded) patterns* result from extra chromosomal fragments being present in a sample or the DNA sequence where the primers anneal being duplicated on one of the chromosomes. These rare anomalies are detected by an extra peak at a single locus, as opposed to multiple loci as would likely be seen in a mixture (see Chapter 7). The three peaks will commonly all be of equal intensity but do not have to be (Crouse *et al.* 1999).

*Mixed sample results* are observed if more than one individual contributed to the DNA profile. Mixtures are readily apparent when multiple loci are examined. An analyst looks for higher than expected stutter levels, more than two peaks at a locus of equivalent intensity, or a severe imbalance in heterozygote peak intensities of greater than 30% (see Chapter 7). It is usually difficult to detect the minor contributor below a level of 1:20 compared to the major donor in the DNA profile.

## TECHNOLOGY RELATED ARTIFACT 'PEAKS'

*Matrix (multi-component) failure*, sometimes referred to as 'pull up' is a result of the inability of the detection instrument to properly resolve the dye colors used to label STR amplicons. This phenomenon is due to spectral overlap. A peak of another color is 'pulled-up' or 'bleeds through' (see Figure 15.4) as a result of exceeding the linear range of detection for the instrument (i.e., sample overloading). A matrix failure is observed as a peak-beneath-a-peak or as an elevation of the baselines for any color. Matrix standards may need to be rerun with the latest set of conditions and a new matrix generated by the software to correct this problem.

*Dye blobs (artifacts)* occur when fluorescent dyes come off of their respective primers and migrate independently through the capillary. These peaks are fairly broad and possess the spectrum of one of the dyes used for genotyping (see Figure 15.4). Dye artifacts can be removed following PCR using filtration columns (Butler *et al.* 2003).

*Air bubbles, urea crystals, or voltage spikes* can give rise to a false peak in the ABI 310. These peaks are usually sharp and appear equally intense throughout all four colors (see Figure 15.4). These peaks are not reproducible and should not appear in the same position if the sample is re-injected onto the capillary.

*Sample contaminants.* Materials which fluoresce in the visible region of the spectrum (~500–600 nm) may interfere with DNA typing when using fluorescent scanners or one of the ABI PRISM systems by appearing as identifiable peaks in the electropherogram. In some early studies conducted by the Forensic Science Service (FSS), a number of fluorescent compounds were examined to determine their apparent mobility when electrophoresed in a polyacrylamide gel (Urquhart *et al.* 1994).



Figure 15.4
Hypothetical electropherogram displaying several artifacts often observed with STR typing.

All of the compounds studied, which included antibiotics, vitamins, polycyclic aromatics, fluorescent brighteners, and various textile dyes, could be removed with an organic extraction (i.e., phenol/chloroform, as is commonly used to extract DNA from cells). Interestingly enough, the Chelex method of DNA extraction (see Chapter 3) failed to remove all of the contaminating fluorescent peaks (Urquhart *et al.* 1994). Fortunately, these interfering peaks were usually wide and possessed a broader fluorescent spectrum, which made it fairly easy to distinguish them from the fluorescent dye-labeled PCR products. The FSS researchers concluded that the use of appropriate substrate controls or negative controls in PCR should alleviate this potential problem.

Several possible forensic scenarios exist where sample contaminants may be possible (Urquhart *et al.* 1994):

1. Body fluid stains on dye materials from which the dye may leach during extraction;
2. Body fluid stains on plant material, from which chlorophyll may co-extract with DNA.
3. Blood or tissue samples from individuals with some pathological conditions, e.g., lead poisoning or some forms of porphyria, in which blood porphyrin levels are greatly elevated; and
4. Bone or tooth samples from individuals who were treated with tetracycline-group antibiotics in their youth as growing bones and teeth are known to incorporate and accumulate these antibiotics.