PAUL F. DeMEESTER (CA SBN 148578)
Attorney at Law
1766A – 18th Street
San Francisco, California 94107
415.305.7280; 415.861.2695 (fax)
E-mail: paulfdemeester@msn.com

Attorney for Defendant DAMION SLEUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-0168-YGR-2 |
| Plaintiff, | **Defendant Sleugh's Withdrawal of the Request to Argue Boyd Penalty** |
| vs. | |
| DAMION SLEUGH, | Jury Trial: July 13, 2015 @ 8 a.m. |
| Defendant. | Hon. Yvonne Gonzalez Rogers, Judge |
| _____/ | |

The defense hereby withdraws its request of July 10, 2015 to argue the witness Boyd penalty exposure to the jury.  See Dkt. # 134.

DATED: July 11, 2015.

                                              Respectfully submitted,

                                              _____/s/_____
                                              PAUL F. DeMEESTER
                                              Attorney for Mr. Sleugh